441 A.2d 769

Commonwealth v. Schwartz, Appellant.

Before CERCONE, P. J., and SPAETH and CAVANAUGH, JJ.

Order affirmed.